UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO, JR.,

                  Plaintiff,

-against-

JACKELINE BAEZ, ET AL.,

                  Defendants.

19-CV-11667 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued January 10, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 10, 2020
             New York, New York

                                      COLLEEN McMAHON
                                  Chief United States District Judge